TIMOTHY W. PEMBERTON, ESQ., CAL BAR NO. 102269
P.O. Box 485
Markleeville, CA  96120
Telephone:    530.694.2490
Fax No.:      530.694.2325

Attorney for Plaintiff
SWAUGER RANCH, INC.

SUELLEN FULSTONE, NV BAR NO. 1615
AARON CREWS, ESQ., CAL BAR NO. 235381
LITTLER MENDELSON
50 West Liberty Street, Suite 400
Reno, NV  89501
Telephone:    775.348.4888
Fax No.:      775.562.8062

Attorneys for Defendant
WALKER RIVER IRRIGATION DISTRICT

JOHN D. MOORE, ESQ., CAL BAR NO. 239407
LAW OFFICES OF MICHAEL B. SPRINGER
9628 Prototype Court
Reno, NV  89521
Telephone:    775.786.7445
Fax No.:      775.786.7947

Attorneys for Defendant
MKD CONSTRUCTION, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWAUGER RANCH, INC., a California corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>WALKER RIVER IRRIGATION DISTRICT, a Nevada irrigation district; MKD CONSTRUCTION, INC., a Nevada corporation,<br><br>                    Defendants. | Case No. 2:07–CV–02194–FCD–EFB<br><br>**STIPULATION AND ORDER** |

Plaintiff, Swauger Ranch, Inc., and defendants, Walker River Irrigation District and MKD Construction, Inc., by and through their respective counsel of record, hereby advise the Court that

1.

STIPULATION AND ORDER

LITTLER MENDELSON
ATTORNEYS AT LAW
50 West Liberty Street
Suite 400
Reno, NV  89501.1944
775.348.4888

they have agreed to include a mutual release of claims as between SRI and WRID and between SRI and MKD in their settlement agreement, and, on that basis, will enter into a stipulation for dismissal without prejudice of the plaintiff's claims. The parties request that the hearing on the pending motions presently scheduled for November 30, 2007, be vacated and the parties allowed an additional period of time to and including December 7, 2007, to submit the dismissal stipulation. The additional time is requested to give the parties' engineers sufficient time to determine the exact acreage of the parcel being transferred so that the written settlement agreement can be executed. Upon execution of that agreement, the stipulation for dismissal will be filed in the form previously submitted by plaintiff's counsel.

Dated: November 27, 2007.

By:   /s/ Timothy W. Pemberton /s/
TIMOTHY W. PEMBERTON, ESQ.

Attorney for Plaintiff
SWAUGER RANCH, INC.

Dated: November 27, 2007.   LITTLER MENDELSON

By:   /s/ Suellen Fulstone /s/
SUELLEN FULSTONE

Attorneys for Defendant
WALKER RIVER IRRIGATION DISTRICT

Dated: November 27, 2007.   LAW OFFICES OF MICHAEL B. SPRINGER

By:   /s/ John D. Moore /s/
JOHN D. MOORE, ESQ.

Attorneys for Defendant
MKD CONSTRUCTION, INC.

/////

/////

/////

/////

LITTLER MENDELSON
ATTORNEYS AT LAW
50 West Liberty Street
Suite 400
Reno, NV 89501.1944
775.348.4888

2.

STIPULATION AND ORDER

## **ORDER**

Pursuant to the stipulation of the parties above the Court hereby VACATES the motion hearing set for November 30, 2007 and sets a Status Conference for December 14, 2007 at 10:00 a.m.  The parties shall have an additional period of time to and including December 7, 2007 to submit the dismissal stipulation.  The status conference shall be vacated upon receipt of the dismissal.

IT IS SO ORDERED.

DATED: November 27, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
ATTORNEYS AT LAW
50 West Liberty Street
Suite 400
Reno, NV 89501.1944
775.348.4888

3.
STIPULATION AND ORDER