TIMOTHY W. PEMBERTON, ESQ., CAL BAR NO. 102269
P.O. Box 485
Markleeville, CA  96120
Telephone:    530.694.2490
Fax No.:        530.694.2325

Attorney for Plaintiff
SWAUGER RANCH, INC.

SUELLEN FULSTONE, NV BAR NO. 1615
AARON CREWS, ESQ., CAL BAR NO. 235381
LITTLER MENDELSON
50 West Liberty Street, Suite 400
Reno, NV  89501
Telephone:    775.348.4888
Fax No.:        775.562.8062

Attorneys for Defendant
WALKER RIVER IRRIGATION DISTRICT

JOHN D. MOORE, ESQ., CAL BAR NO. 239407
LAW OFFICES OF MICHAEL B. SPRINGER
9628 Prototype Court
Reno, NV  89521
Telephone:    775.786.7445
Fax No.:        775.786.7947

Attorneys for Defendant
MKD CONSTRUCTION, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWAUGER RANCH, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>WALKER RIVER IRRIGATION DISTRICT, a Nevada irrigation district; MKD CONSTRUCTION, INC., a Nevada corporation,<br><br>　　　　　　Defendants. | Case No. 2:07–CV–02194–FCD–EFB<br><br>**STIPULATION AND ORDER** |

Plaintiff, Swauger Ranch, Inc. ("SRI"), and defendants, Walker River Irrigation District ("WRID"), and MKD Construction, Inc. ("MKD") by and through their respective counsel of record,

1.

STIPULATION AND ORDER

1  hereby advise the Court that they are about to execute a written settlement agreement, and, on that
2  basis, will file a STIPULATION FOR DISMISSAL WITHOUT PREJUDICE, subject to the
3  conditions set forth below.  The parties agree that the hearing on the pending motions/status
4  conference, presently scheduled for 12/14/2007, be continued to 1/25/2008 at the hour of 10:00 A.M.
5  The additional time requested is to give the parties time to execute the agreement and the defendants
6  sufficient time to pay plaintiff the amounts due under the SETTLEMENT AGREEMENT.  The
7  amounts to be paid are: (a) $78,550 by WRID and $31,450 by MKD.   The date of receipt of
8  payments by SRI is to be no later than close of business on 12/14/2007.  The funds may be delivered
9  to SRI at its location in Mono County or the office of its counsel in Woodfords, Alpine County.  In
10 the event either WRID or MKD fails to make a timely payment, the sum of $5,000 shall be added to
11 the amount due by the defaulting party.  This stipulation shall be specifically enforceable by the
12 Court. The action shall not be dismissed until all sums due are paid.

13 Dated: December 10, 2007.

14                                                                    By:     /s/ Timothy W. Pemberton /s/
                                                                                TIMOTHY W. PEMBERTON, ESQ.
15
                                                                                Attorney for Plaintiff
16                                                                              SWAUGER RANCH, INC.

17 Dated: December 10, 2007.           LITTLER MENDELSON

18

19                                                                    By:     /s/ Suellen Fulstone /s/
                                                                                SUELLEN FULSTONE
20
                                                                                Attorneys for Defendant
21                                                                              WALKER RIVER IRRIGATION DISTRICT

22 Dated: December 10, 2007.           LAW OFFICES OF MICHAEL B. SPRINGER

23

24                                                                    By:     /s/ John D. Moore /s/
                                                                                JOHN D. MOORE, ESQ.
25
                                                                                Attorneys for Defendant
26                                                                              MKD CONSTRUCTION, INC.

27

28

**ORDER**

Pursuant to the stipulation of the parties above the Court hereby VACATES the motion hearing/status conference set for 12/14/2007 at 10:00 A.M. and sets a Status Conference for 1/25/2008 at 10:00 A.M. The hearing date/status conference shall be vacated upon receipt of the STIPULATION FOR DISMISSAL WITHOUT PREJUDICE.

IT IS SO ORDERED.

DATED: December 13, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE